UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMAATO, INC., <br><br> Plaintiff, <br><br> v. <br><br> SITO MOBILE LTD, <br><br> Defendant. | Case No. 19-cv-05480-KAW <br><br> **ORDER TERMINATING MOTION FOR WRIT OF ATTACHMENT** <br><br> Re: Dkt. Nos. 11, 14 |

On September 5, 2019, Plaintiff Smaato, Inc. filed a motion for a writ of attachment, which improperly referred to the Superior Court of California and gave an incorrect briefing schedule. (*See* Dkt. Nos. 10, 11.) After Plaintiff was ordered to re-file the documents, Plaintiff filed a new motion for a writ of attachment on September 9, 2019. (Dkt. No. 14.) No proof of service was filed.[1] Additionally, the September 9, 2019 motion did not include a memorandum of points and authorities, nor did it provide any legal basis upon which ex parte relief may be granted. *See* Civil L.R. 7-10 ("The motion must include a citation to the statute, rule or order which permits the use of an ex parte motion to obtain the relief sought.")

///
///
///
///
///

---

[1] On September 17, 2019, Plaintiff filed a "Declaration of Service," which stated that the complaint, summons, and original motion for a writ of attachment had been served on September 6, 2019. (Dkt. No. 17.)

As Plaintiff has not served the instant motion, and Defendant has only recently been served with the complaint and summons, the Court TERMINATES the motion for a writ of attachment. Once Defendant has been given the opportunity to appear and respond to the complaint, Plaintiff may re-file the motion and re-notice it for hearing, in accordance with Civil Local Rule 7-2.

IT IS SO ORDERED.

Dated: September 24, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge